FENNEMORE CRAIG, P.C.
Brandi M. Planet, Bar No. 11710
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: bplanet@fclaw.com
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH STIERS, | **Case No.:** 2:18-cv-01042-RFB-CWH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| v. | |
| CAESARS ENTERTAINMENT CORPORATION; CAESARS ENTERTAINMENT OPERATING COMPANY; and CAESARS INTERACTIVE ENTERTAINMENT. | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-2, 7-1, Plaintiff Joseph Stiers and Defendants Caesars Entertainment Corporation, Caesars Entertainment Operating Company and Caesars Interactive Entertainment ("Defendants"), stipulate that Defendants' deadline to move, answer, or otherwise respond to the Complaint is extended from July 5, 2018 through and including July 19, 2018. Plaintiff consents to the extension.

Good cause exists for the extension given that Defendants recently retained counsel and are still investigating Plaintiff's allegations against them. Defendants expect that by July 19, 2018, it will be in a position to respond to the Complaint.

///

///

///

///

///

It is further agreed that nothing in this stipulation shall be deemed to waive or prejudice any claims or defenses of any party to this action.

DATED: June 28, 2018　　　　　　　　　　FENNEMORE CRAIG, P.C.

By: */s/ Brandi M. Planet*
　　Brandi M. Planet, Esq., Bar No. 11710
　　300 South Fourth Street, Suite 1400
　　Las Vegas, Nevada  89101
　　bplanet@fclaw.com
　　*Attorney for Defendants*

DATED: June 28, 2018

By: */s/ Joseph Conor Stiers*
　　Joseph Conor Stiers
　　100 Scott St.
　　Baltimore, MD 21201
　　jcstiers@gmail.com
　　*Appearing pro se*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 29, 2018