| | |
|---|---|
| 1 | FENNEMORE CRAIG, P.C. |
| 2 | Brandi M. Planet, Bar No. 11710 |
|   | 300 South Fourth Street, Suite 1400 |
| 3 | Las Vegas, Nevada  89101 |
|   | Telephone: (702) 692-8000 |
| 4 | Facsimile: (702) 692-8099 |
|   | Email: bplanet@fclaw.com |
| 5 | *Attorney for Defendants* |

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH STIERS, | **Case No.:**  2:18-cv-01042-RFB-CWH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND FOR JOINDER OF AN ADDITIONAL DEFENDANT** |
| v. | |
| CAESARS ENTERTAINMENT CORPORATION; CAESARS ENTERTAINMENT OPERATING COMPANY; and CAESARS INTERACTIVE ENTERTAINMENT. | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-2, 7-1, Plaintiff Joseph Stiers and Defendants Caesars Entertainment Corporation, CEOC, LLC (improperly denominated "Caesars Entertainment Operating Company") and Caesars Interactive Entertainment, LLC (improperly denominated "Caesars Interactive Entertainment, Inc.") (collectively "Defendants"), stipulate that Defendants' deadline to respond to Plaintiff's Motion for Leave to Amend and for Joinder of an Additional Defendant is extended from February 1, 2019 through and including February 15, 2018. Plaintiff consents to the extension.

Good cause exists for the extension because the parties have reached a settlement and would like to continue the deadline for Defendants to respond to the Motion so that they can finalize the terms of the settlement.

///

///

///

It is further agreed that nothing in this stipulation shall be deemed to waive or prejudice any claims or defenses of any party to this action.

DATED: January 31, 2019            FENNEMORE CRAIG, P.C.

By: */s/ Brandi M. Planet*
    Brandi M. Planet, Esq., Bar No. 11710
    300 South Fourth Street, Suite 1400
    Las Vegas, Nevada 89101
    bplanet@fclaw.com
    *Attorney for Defendants*

DATED: January 31, 2019

By: */s/ Joseph Conor Stiers*
    Joseph Conor Stiers
    100 Scott St.
    Baltimore, MD 21201
    jcstiers@gmail.com
    *Appearing pro se*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 1, 2019