**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH STIERS, )<br><br>Plaintiff, )<br><br>vs. )<br><br>CAESARS ENTERTAINMENT CORPORATION, )<br>et al., )<br><br>Defendants. )<br>_____ ) | Case No.  2:18-cv-01042-RFB-CWH<br><br>**ORDER** |

On February 1, 2019, the court approved the parties' stipulation to extend defendants'

deadline for responding to plaintiff's pending motion to amend the complaint (ECF No. 18) to

February 15, 2018.  (Order (ECF No. 20).)  The parties represented there was good cause for the

extension because they were in the process of finalizing a settlement agreement.  Defendants have

not responded to the motion to amend or requested a further extension of the court-ordered

deadline.  Nor has there been any other activity in the case.  In light of these circumstances, the

parties must meet and confer and file a joint status report by March 12, 2019.

IT IS SO ORDERED.


DATED: February 26, 2019


_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**