FENNEMORE CRAIG, P.C.
Brandi M. Planet, Bar No. 11710
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: bplanet@fclaw.com
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH STIERS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAESARS ENTERTAINMENT CORPORATION; CAESARS ENTERTAINMENT OPERATING COMPANY; and CAESARS INTERACTIVE ENTERTAINMENT.<br><br>    Defendants. | **Case No.:** 2:18-cv-01042-RFB-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Joseph Stiers and Defendants Caesars Entertainment Corporation, CEOC, LLC (improperly denominated "Caesars Entertainment Operating Company") and Caesars Interactive Entertainment, LLC (improperly denominated "Caesars Interactive Entertainment, Inc.") (collectively "Defendants") and each of them, that the above-entitled matter be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

///
///
///
///
///
///
///

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 13th day of March, 2019.

*Stiers v. Caesars Entertainment Corporation, et al.*
*Case No.: 2:18-cv-01042-RFB-CWH*
*Stipulation and Order for Dismissal*

**IT IS SO STIPULATED.**

DATED: March 12, 2019

FENNEMORE CRAIG, P.C.

By: */s/ Brandi M. Planet*
Brandi M. Planet, Esq., Bar No. 11710
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
bplanet@fclaw.com
*Attorney for Defendants*

DATED: March 12, 2019

By: */s/ Joseph Conor Stiers*
Joseph Conor Stiers
100 Scott St.
Baltimore, MD 21201
jcstiers@gmail.com
*Appearing pro se*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____